UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SCP DISTRIBUTORS LLC,

    Plaintiff,

vs.

LUXURY POOL CONCEPTS, LLC, *et al.*,

    Defendants.

Case No. 3:24-cv-277

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) STAYING THIS CASE AS RELATED TO DEFENDANT JAMES WEAVER UNDER 11 U.S.C. § 362(a); (2) REQUIRING PLAINTIFF SCP DISTRIBUTORS LLC TO FILE A STATUS REPORT EVERY SIX MONTHS BEGINNING ON JANUARY 23, 2025; (3) REQUIRING PLAINTIFF TO NOTIFY THE COURT WITHIN 30 DAYS AFTER THE BANKRUPTCY PROCEEDINGS ARE RESOLVED; AND (4) REQUIRING PLAINTIFF TO NOTIFY THE COURT WITHIN 30 DAYS IF THIS CASE BECOMES MOOT AS A RESULT OF THE BANKRUPTCY PROCEEDINGS**
_____

Pursuant to the recently filed notice of bankruptcy and suggestion of stay, advising the Court of Defendant James Weaver's ("Weaver") bankruptcy filing (Doc. No. 10), the Court hereby **ORDERS** this case **STAYED** against debtor Defendant Weaver under 11 U.S.C. § 362(a), pending conclusion of Defendant Weaver's bankruptcy proceedings.  The case may proceed against Defendant Luxury Pool Concepts, LLC.

Plaintiff SCP Distributors LLC shall keep the Court apprised of the status of its bankruptcy case by **FILING A STATUS REPORT** in the present case every six months beginning on **January 23, 2025**.

Plaintiff shall also **NOTIFY** the Court within 30 days after the bankruptcy is resolved.  If this case becomes moot as a result of the bankruptcy proceedings, Plaintiff shall likewise **NOTIFY** the Court within 30 days.

    **IT IS SO ORDERED.**

November 25, 2024                                         s/*Michael J. Newman*
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge