# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SCP DISTRIBUTORS LLC | ) |
| | ) Civil Action No.: 3:24-cv-277 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LUXURY POOL CONCEPTS, LLC and JAMES WEAVER | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION OF PLAINTIFF, SCP DISTRIBUTORS LLC, FOR DEFAULT JUDGMENT AGAINST DEFENDANT, LUXURY POOL CONCEPTS, LLC

Plaintiff, SCP Distributors LLC ("Plaintiff" or "SCP"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, hereby moves this Court for an Order for Default Judgment in the above-captioned action against Defendant, Luxury Pool Concepts, LLC ("Defendant" or "LPC"), and, in support thereof, states as follows.

### I.    INTRODUCTION

1.    Plaintiff's Complaint was filed on October 21, 2024, asserting, *inter alia*, causes of action for breach of contract, unjust enrichment, account stated, and recovery of secured collateral. Defendant, LPC, was served with a copy of the summons and Complaint on October 23, 2024. Despite being served with process, Defendant, LPC, has failed to answer or otherwise respond to the Complaint and has not entered an appearance. On December 19, 2024, the Clerk of Court entered default against Defendant, LPC. No answer or other responsive pleading has been filed by Defendant, LPC, since the Clerk's Entry of Default. Plaintiff, SCP, now requests that the Court enter default judgment against Defendant, LPC, in the amount of $360,789.47.

## II.  ARGUMENT

2. On October 21, 2024, Plaintiff filed a Complaint against Defendants, LPC and James Weaver ("Mr. Weaver"). Doc. No. 1.[1]

3. On October 23, 2024, both LPC and Mr. Weaver were served with copies of the summons and Complaint. Doc. No. 6, 7. Answers were due on November 13, 2024. *Id.*

4. On November 21, 2024, Plaintiff filed a Suggestion of Bankruptcy. Doc. No. 10. Specifically, Plaintiff notified the Court that Defendant, Mr. Weaver, filed a Chapter 7 Bankruptcy case in the United States Bankruptcy Court for the Southern District of Ohio on November 8, 2024, Case No. 3:24-bk-32185. *Id.* Plaintiff requested that the Court stay the action as to Defendant, Mr. Weaver, only, and allow Plaintiff to proceed with the instant action against Defendant, LPC, who had not filed for bankruptcy. *Id.*

5. On November 25, 2024, the Honorable Michael J. Newman entered an Order. Doc. No. 11. In that Order, Judge Newman ordered the case be stayed against Defendant, Mr. Weaver, pending conclusion of Mr. Weaver's bankruptcy proceedings. *Id.* Further, the Court noted that "[t]he case may proceed against Defendant Luxury Pool Concepts, LLC." *Id.*

6. On December 17, 2024, Plaintiff, SCP, filed an application for a Clerk's Certificate of Default to be entered against Defendant, LPC. Doc. No. 12.

7. On December 19, 2024, the Clerk of Court entered an Entry of Default against Defendant, LPC, for failing to plead or otherwise defend in the case. Doc. No. 13.

8. Now, Plaintiff, SCP, moves for default judgment against Defendant, LPC.

---

[1] An "Amended" Complaint was filed October 22, 2024, per instruction from the Clerk of Court to comply with Local Rule 5.1(c) regarding text searchable documents. Doc. No. 5. The "Amended" Complaint is substantively the same as the Complaint, just with searchable text.

2

9. Pursuant to Federal Rule of Civil Procedure 55, "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." Fed. R. Civ. P. 55(b)(1); *see DT Fashion LLC v. Cline*, No. 2:16-CV-1117, 2018 WL 542268, at *2 (S.D. Ohio Jan. 24, 2018) (citing Fed. R. Civ. P. 55) (There is a "two-step process in obtaining a default judgment against a defendant who has failed to plead or otherwise defend." First, "[a] plaintiff must . . . request an entry of default from the Clerk of Courts." Second, upon the entry of default, the plaintiff may move for default judgment).

10. As an initial matter, Defendant, LPC, is a domestic limited liability company. Doc. No. 5, ¶ 3. Thus, LPC is not a natural person. As a corporate entity, LPC is not a minor, incompetent person, member of the military, or government official or agency. As such, LPC is not protected from default by the Servicemembers Civil Relief Act or the Federal Rules of Civil Procedure. *See* 50 U.S.C. § 3931(b)(1); Fed. R. Civ. P. 55(b)(1).

11. As provided in Plaintiff's Complaint, Defendant, LPC, entered into a Business Application and Agreement ("Agreement") with Plaintiff for the purchase of certain pool supplies and equipment. Doc. No. 5, ¶¶ 7-8, 13.

12. The Agreement provided that upon default:

> Buyer agrees to pay Seller all costs and expenses of collections, including actual costs of a third party collector/collection agency, and suit or other legal action, including actual attorneys fees, whether incurred pre-suit, through trial, on appeal, and all costs of execution of any judgment rendered against Buyer or in any administrative proceedings brought by Buyer or on its behalf.

Doc. No. 5-1, p. 5, ¶ 6.

13. In the Complaint, Plaintiff alleged an outstanding balance in excess of $75,000. Doc. No. 5, ¶ 5, 15.

14. Plaintiff further alleged in the Complaint that it is entitled to attorneys' fees and costs of collection, pursuant to the Agreement. *Id.* at ¶ 12, 15, 18.

15. Therefore, the amount owed as January 29, 2025, is as follows:

| | |
|---|---|
| Balance: | $299,664.09 |
| Interest (18% per annum up to January 29, 2025): | $30,623.03 |
| Fox Rothschild Attorneys'/Professional Services Fees: | $28,153.20 |
| Costs and Expenses: | $2,349.15 |
| **TOTAL:** | **$360,789.47** |

WHEREFORE, Plaintiff respectfully requests an order for Default Judgment granting judgment against Defendant, LPC, in the amount of $360,789.47, to be supplemented with any further attorneys' fees/expenses incurred, and such other relief as the Court deems just and proper.

**FOX ROTHSCHILD LLP**

/s/ Colin D. Dougherty
Colin D. Dougherty
Brett Berman
Michael Fitzgerald
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
cdougherty@foxrothschild.com
bberman@foxrothschild.com
michaelfitzgerald@foxrothschild.com

Dated:  January 29, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic filing. Parties may view and download this filing through the Court's CM/ECF System.

**FOX ROTHSCHILD LLP**

/s/ Colin D. Dougherty
Colin D. Dougherty

Dated: January 29, 2025